IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APRIL ROBERTS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPRUCE MANOR NURSING & | : | NO. 14-CV-4338 |
| REHABILITATION CENTER, et al. | : | |

**O R D E R**

AND NOW, this 11th day of August, 2015, **IT IS HEREBY ORDERED** that:

1. The plaintiff's motion to remand (Dkt. # 6) is **DENIED.**

2. The defendants' motion to dismiss (Dkt. # 5) is **DENIED.**

3. The plaintiff's claim for defamation under § 301 may proceed.

4. Defendants shall file their answer within 20 days of this order.

BY THE COURT:


/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.