IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APRIL ROBERTS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPRUCE MANOR NURSING & | : | NO. 14-CV-4338 |
| REHABILITATION CENTER, et al. | : | |

### O R D E R

AND NOW, this 22nd day of February, 2016, **IT IS HEREBY ORDERED** that:

1. The defendants' motion for reconsideration (Dkt. # 19) is **GRANTED.**

2. The defendants' motion to dismiss (Dkt. # 5) is **DENIED**.

3. The plaintiff's motion to remand (Dkt. # 6) is **GRANTED.**

4. The Plaintiff's motion for leave to file for reconsideration (Dkt. # 25) is **DENIED AS MOOT**.

5. The Clerk of Court shall close this case for statistical purposes and shall forward the file to the Court of Common Pleas of Berks County.

BY THE COURT:

 */s/ J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.